

MAR 05 2013



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORTH ATLANTIC OPERATING COMPANY, INC.

        Plaintiff,

- against -

SMOKER'S CHOICE, a/k/a, SMOKER'S CHOICE #41; ONE STOP CONVENIENCE STORE, a/k/a, ONE STOP CONVENIENT, a/k/a, NEW ONE STOP CONVENIENCE; RACETRACK, a/k/a, RACE TRACK; EAST GREENBUSH MOBIL, a/k/a, RED MILL MOBIL; SJA MART INC., d/b/a, SUNOCO GAS STATION, EXIT #23; NILA NEIGHBOR DISCOUNT LTD, d/b/a, CITGO GAS STATION; and JOHN DOES ONE through TEN, inclusive,

        Defendants.
------------------------------------------------------------X

Civil Action No.: 1:12-CV-1651 (DNH)

ECF CASE

## STIPULATION OF SETTLEMENT AND VOLUNTARY DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that no party hereto is an infant or incompetent, and that the above-captioned action be, and the same is hereby, voluntarily discontinued with prejudice as against Defendant One Stop Convenience Store, without costs as to any party as against another.

This Stipulation may be signed in counterparts, which, taken together, shall constitute one and the same original. Facsimile signatures shall be accepted as originals for all purposes.

(The remainder of this page is intentionally left blank.)

Plaintiff's counsel may file this Stipulation with the Court upon execution of the Settlement Agreement between the parties.

Dated: February 6, 2013
New York, New York

By: _____
VENABLE LLP
Marcella Ballard
Victoria R. Danta
1270 Avenue of the Americas
25th Floor
New York, New York 10020
Tel. (212) 370-6289
Fax (212) 307-5598

*Attorneys for Plaintiff North Atlantic Operating Company, Inc.*

Dated: February 19, 2013
New York, New York

By: _____
DUNCAN & DUNCAN
Sara A. Duncan
112 State Street
Albany, New York 12207
Tel. (518) 463-2196
Fax (518) 432-4847

*Attorneys for Defendant One Stop Convenience Store*

SO ORDERED:

_____
DAVID N. HURD
United States District Judge
Dated: 3/5/2013
Utica, NY