SO ORDERED:

DAVID N. HURD
United States District Judge
Dated:
9/26/13    Utica, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORTH ATLANTIC OPERATING COMPANY, INC.

    Plaintiff,

v.

SMOKER'S CHOICE, a/k/a, SMOKER'S CHOICE #41; ONE STOP CONVENIENCE STORE, a/k/a, ONE STOP CONVENIENT, a/k/a, NEW ONE STOP CONVENIENCE; EAST GREENBUSH MOBIL, a/k/a, RED MILL MOBIL; SJA MART INC., d/b/a, SUNOCO GAS STATION, EXIT #23; NILA NEIGHBOR DISCOUNT LTD, d/b/a, CITGO GAS STATION; and JOHN DOES ONE through TEN, inclusive,

    Defendants.
------------------------------------------------------------X

Civil Action No.:
1:12-cv-1651 (DNH/RFT)

ECF CASE

**STATUS REPORT**

Pursuant to the Court's Order dated September 23, 2013, ECF No. 36, Plaintiff North Atlantic Operating Company, Inc. ("North Atlantic") hereby provides the following status regarding the remaining defendants in this action, Defendants John Does One through Ten. To the extent that any of the John Doe defendants have been identified by North Atlantic, they are located in other jurisdictions. As such, North Atlantic has either filed or anticipates filing actions against them in those other jurisdictions. Accordingly, North Atlantic respectfully submits that the above-captioned case may be closed.

MEI 16501037v.1

Dated: September 25, 2013

Respectfully Submitted,

**McCARTER & ENGLISH, LLP**

/s/ Thomas J. Finn
---
Thomas J. Finn (Bar Roll No. 506540)
Paula Cruz Cedillo (Bar Roll No. 517843)
CityPlace I, 36th Floor
185 Asylum Street
Hartford, Connecticut 06103
Tel. (860) 275-6700
Fax (860) 724-3397
tfinn@mccarter.com
pcedillo@mccarter.com

- and -

VENABLE LLP
Marcella Ballard
Victoria R. Danta
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Tel.: 212.307.5500
Fax: 212.307.5598
MBallard@Venable.com
VRDanta@Venable.com

*Attorneys for Plaintiff North Atlantic Operating Company, Inc.*